

# MANDATE

# The Fifteenth Court of Appeals

### NO. 15-24-00044-CV

Office of The Attorney General of The State of Texas; and Warren Kenneth Paxton, Jr., in his Official Capacity as Attorney General, Appellant

v.

PFLAG, Inc., Appellee

---

Appealed from the 261st District Court of Travis County. (Trial Court No. D-1-GN-24-001276). Opinion delivered Per Curiam.

---

**TO THE 261ST DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:**

Before our Court of Appeals on May 6, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today, the Court heard the parties' joint motion to dismiss this appeal. Having considered the motion, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, on May 6, 2025.

CHRISTOPHER A. PRINE, CLERK